IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ANGELO TODD,

    Petitioner,                   No. CIV S-05-0043 MCE JFM P

    vs.

M. SHEPARD, Warden,

    Respondent.              ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of January 20, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 27, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: May 6, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf;todd0043.111