IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ANGELO TODD,

    Petitioner,            No. CIV S-05-0043-MCE JFM P

  vs.

M. SHEPARD, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of January 20, 2005. Good cause appearing, the request will be granted. Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 14, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: June 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf;todd0043.111a