1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHILLIP ANGELO TODD,

11          Petitioner,              No. 2:05-cv-0043 MCE JFM (HC)

12      vs.

13   MARK SHEPPARD, Warden,

14          Respondent.             ORDER

15   _____/

16          Petitioner has requested an extension of time to file objections to the February 26,

17   2009 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18          1.  Petitioner's March 13, 2009 request for an extension of time is granted; and

19          2.  Petitioner is granted sixty days from the date of this order in which to file

20   objections to the February 26, 2009 findings and recommendations.

21   DATED:  March 27, 2009.


23          _____
            UNITED STATES MAGISTRATE JUDGE
24

25   /kly;001; todd0043.111

26